IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| KERRY MONTGOMERY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 21-05040-CV-SW-WBG |
| | ) |
| SUNSET COVE CONDOMINIUM | ) |
| OWNERS ASSOCIATION, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On October 20, 2021, the parties filed a Joint Stipulation for Dismissal with Prejudice. Doc. 23. Pursuant to the parties' stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this matter is DISMISSED WITH PREJUDICE with each party to bear its own costs and fees.

IT IS SO ORDERED.

DATE: October 20, 2021          */s/ W. Brian Gaddy*
                                                    W. BRIAN GADDY
                                                    UNITED STATES MAGISTRATE JUDGE